Opinion issued April 9, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00309-CV

———————————

## IN RE ANANT KUMAR TRIPATI, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator Anant Kumar Tripati has filed a petition for writ of mandamus complaining of the trial court's order granting a motion to dismiss among other complaints.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

---

[1]  The underlying case is *Anant Kumar Tripati v. YESCARE Corp., ET AL.*, cause number 2025-51444, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.